Court, Appellate Division, First Department. December 5, 1913.) Action by Frank Pfeffer and another against the Hartford Life Insurance Company. J. T. McGovern, of New York City, for appellant. E. Shelby, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs.

PHELPS, Appellant, v. PHELPS, Respondent. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by Susan A. Phelps against John Walter Phelps. No opinion. Appeal dismissed, with $10 costs.

PHELPS, Appellant, v. PHELPS, Respondent. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by Susan A. Phelps against John Walter Phelps. No opinion. Order reversed, with $10 costs and disbursements, and motion that supplemental summons issue and supplemental pleadings be made granted, with $10 costs. Appeal to Court of Appeals denied, 144 N. Y. Supp. 1140.

PHELPS, Appellant, v. PHELPS, Respondent. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Susan A. Phelps against John Walter Phelps. No opinion. Motion for leave to appeal to the Court of Appeals (from 144 N. Y. Supp. 1140, denied.

In re PIERCE. (Supreme Court, Appellate Division, Fourth Department. November 12, 1913.) In the matter of the application of Margaret Pierce, an inmate of the Utica State Hospital, for discharge, etc. No opinion. Appeal dismissed, and stay vacated, without costs, upon stipulation filed.

PITT, Appellant, v. BOARD OF EDUCATION, Respondent. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Lewis P. Pitt against the Board of Education. E. J. Parsons, of New York City, for appellant. C. McIntyre, of New York City, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

LAUGHLIN and HOTCHKISS, JJ., dissent.

PLATOU, Respondent, v. PIGUERON, Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Carl Platou against William G. Pigueron. No opinion. Judgment and order unanimously affirmed, with costs.

PNEUMATIC SIGNAL CO., Appellant, v. TEXAS & P. RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department.

November 12, 1913.) Action by the Pneumatic Signal Company against the Texas & Pacific Railway Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 145 App. Div. 904, 129 N. Y. Supp. 1142.

FOOTE, J., not sitting.

PORTER v. CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by Laura A. Porter, as administratrix, etc., against the City of New York. No opinion. Motion denied, without costs. See, also, 158 App. Div. 604, 143 N. Y. Supp. 808; 144 N. Y. Supp. 1140.

PORTER, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. December 12, 1913.) Action by Laura A. Porter, as administratrix, etc., against the City of New York. No opinion. Motion denied, without costs. See, also, 144 N. Y. Supp. 1140.

POSIN v. WILLIAMSBURGH SAVINGS BANK et al. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Action by Mascha Posin against the Williamsburgh Savings Bank and Frank V. Kelly, Public Administrator, etc. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, without prejudice, however, to a renewal upon a case to be made and settled by the trial justice under section 997 of the Code of Civil Procedure.

POST et al., Appellants, v. THOMAS et al., Respondents. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Edwin M. Post and another against Edward R. Thomas and another. W. G. Wilson, of New York City, for appellants. E. L. Blackman, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 154 App. Div. 934, 139 N. Y. Supp. 1140.

POTTER, Appellant, v. PICTORIAL REVIEW CO., Respondent. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Action by Alexander Potter against the Pictorial Review Company. J. A. Hodge, of New York City, for appellant. H. H. Ritterbusch, of New York City, for respondent. No opinion. Judgment affirmed, with costs, on 156 App. Div. 874, 142 N. Y. Supp. 208. See, also, 142 N. Y. Supp. 1140. Order filed.

POWER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Action by Elizabeth W. Power, as administratrix, etc., of Mary Power, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with